# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Steven Hairl Wilhelm,                                    1:07-cv-001181-OWW-WMW (HC)

                Petitioner,

                                            **ORDER AUTHORIZING**

v.                                                                     **IN FORMA PAUPERIS STATUS**

Ken Clark,

                Respondent.

_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    August 16, 2007                               /s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com