UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAIRL WILHELM, | 1: 07 CV 01181 OWW  WMW HC |
|          Petitioner, | ORDER RE LODGED AMENDED PETITION AND MOTION FOR STAY [9] |
|    v. | |
| KEN CLARK, WARDEN, | |
|          Respondent. | |

     Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On February 5, 2008, Respondent filed a motion to dismiss this action on the grounds that it fails to state a federal claim for relief and that the claim raised therein is unexhausted.  On February 21, 2008, Petitioner filed a motion for a stay of this action, so that he could exhaust his state judicial remedies.  On March 13, Respondent filed an opposition to Petitioner's motion for a stay.

     On March 19, 2008, Petitioner filed a status report, informing this court that he had filed a petition for writ of habeas corpus with the California Supreme Court.  On May 14, 2008, Petitioner

1  lodged a document with this court entitled, "Amended Writ of Habeas Corpus." In this document,
2  Petitioner states that the California Supreme Court denied his petition for writ of habeas corpus on
3  April 16, 2008. Petitioner attaches as an exhibit a copy of his original petition.
4      The court finds that the document lodged in this court on May 14, 2008, is not an amended
5  petition, but rather a status report on the progress of Petitioner's petition in state court. The court
6  also finds that in light of the information provided in this status report, Petitioner's motion for a stay
7  has become moot.
8      Based on the foregoing, IT IS HEREBY ORDERED as follows:
9  1)  The Clerk of the Court is directed to correct the caption of the document lodged with the
10     court on May 14, 2008, to "Second Status Report" and to file the document as of May 14,
11     2008;
12 2)  Petitioner's motion for a stay [doc. 9] is HEREBY DENIED as moot.

15 IT IS SO ORDERED.
16 **Dated:   May 23, 2008**            /s/  **William M. Wunderlich**
                                     UNITED STATES MAGISTRATE JUDGE